IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11156
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANIBAL ALEXANDER ORTIZ-ESCOBAR,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CR-226-P
- - - - - - - - - -
July 24, 1996

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Anibal Alexander Ortiz-Escobar (Ortiz) has filed a brief as required by Anders v. California, 386 U.S. 738 (1967), and we have independently reviewed counsel's brief, the points raised by Ortiz in response to that brief, and the record, and found no nonfrivolous issue. We do not reach Ortiz's ineffective-assistance-of-counsel claim. United States v. Higdon, 832 F.2d 312, 313-14 (5th Cir. 1987), cert. denied, 484 U.S. 1075 (1988). Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.